NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

F.J.G.,                                    )
                                           )
            Appellant,                     )
                                           )
v.                                         )    Case No. 2D17-490
                                           )
R.L.M.,                                    )
                                           )
            Appellee.                      )
_____ )

Opinion filed February 2, 2018.

Appeal from the Circuit Court for Pinellas
County; Amy Williams, Judge.

Christin C. Brennan of Meros, Smith,
Lazzara, Brennan, Brennan & Olney,
P.A., St. Petersburg, for Appellant.

Catherine M. Rodriguez of Filler
Rodriguez, LLP, Miami Beach, for
Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, KELLY, and KHOUZAM, JJ., Concur.